**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Brian Beals v. Judy Krizek, et al   Case Number: 24 CV 12713

An appearance is hereby filed by the undersigned as attorney for: Michael J. Wilson

Attorney name (type or print): James G. Sotos

Firm: The Sotos Law Firm

Street address: 141 W. Jackson Blvd, Suite 1240A

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6191975
(See item 3 in instructions)

Telephone Number: 630-735-3300

Email Address: jsotos@jsotoslaw.com

Are you acting as lead counsel in this case?  ☑ Yes  ☐ No

Are you acting as local counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's trial bar?  ☑ Yes  ☐ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.  ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 25, 2025

Attorney signature:  S/ James G. Sotos
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015