IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN BEALS, | ) | |
| | ) | Case No. 24 CV 12713 |
| Plaintiff, | ) | |
| | ) | Hon. Joan H. Lefkow |
| v. | ) | Magistrate Judge Laura K. McNally |
| | ) | |
| JUDY KRIZEK, as Special Representative for THOMAS PTAK, Deceased; MICHAEL DUFFIN; PATRICK R. DOYLE, JR; MICHAEL J. WILSON; and CITY OF CHICAGO, A municipal corporation, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | JURY DEMAND |

**CITY DEFENDANTS' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO ANSWER**

Defendant City of Chicago, Michael Duffin, Patrick R. Doyle Jr. and Michael Wilson ("City Defendants"), by their undersigned counsel, move this Honorable Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), for an extension of time of 21 days up to and including April 21, 2025, to file their answers to Plaintiff's complaint, and state:

1. On December 11, 2024, Plaintiff Brian Beals filed a 44-page, 13-count civil rights complaint under 42 U.S.C. § 1983 and Illinois state law, including a *Monell* claim, against the City of Chicago, and four individual police officer Defendants, arising out of Plaintiff's arrest, trial, and conviction for the 1988 murder of Demetrius Campbell. (Dkt. 1.)

2. Defendant Officers Duffin and Doyle executed waivers of service and pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(ii), their Responsive Pleadings are due to be filed on March 31, 2025.

3. Defendant City of Chicago executed a waiver of service in December 2024 and was granted an extension of time to answer or otherwise plead until March 31, 2025, coinciding with the due date of Defendant Officers Duffin and Doyle's responsive pleadings.

4. Defendant Officer Michael Wilson executed a waiver of service and pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(ii), his Responsive Pleading is due to be filed on April 18, 2025

5. Counsel for the City also represents Defendant Officers Duffin, Doyle, and Wilson and is still undergoing efforts to contact Defendant Ptak's heirs regarding representation and substitution/appointment of a special representative.[1]

6. City Defendants' counsel has been working diligently to obtain documents relating to the criminal investigation at issue in this case, which are necessary for responding to the Complaint. However, the underlying criminal investigation occurred in 1988 and additional time and effort is needed to obtain the necessary information and documents.

7. Accordingly, City Defendants[2] request an extension of 21 days, until April, 21, 2025, to file answers to Plaintiff's complaint.

8. This is Defendants Duffin, Doyle and Wilson's first request for an extension of time to file responsive pleadings.

9. On March 19, 2025, Defense counsel conferred in person with Plaintiff's counsel about their representation of the Defendants and need for additional time to file their answers. On March 20, 2025, Defense counsel emailed Plaintiff's counsel following up on the request for an extension of time to file the City and Defendants Duffin, Doyle and Wilson's answers. Plaintiff's

---

[1] Plaintiff had a special representative appointed for deceased Defendant Ptak pursuant to 735 ILCS 5/13-209(b)(2) in the Circuit Court of Cook County, Law Division. (*See* Exhibit A to the Complaint, Dkt. 1-1.)
[2] Defendant Wilson's responsive pleading is due on April 18, 2021 so he is only seeking a three day extension.

2

counsel has indicated that he does not oppose this motion for an extension of time to file the answers.

10. This motion is not made for the purposes of delay and will not prejudice any party, rather it will ensure that the litigation proceeds on the same track for all parties and conserve both judicial and attorney resources.

WHEREFORE, Defendants City of Chicago, Michael Duffin, Patrick R. Doyle, Jr. and Michael Wilson respectfully request this Honorable Court grant this motion for extension of time of 21 days up to and including April 21, 2025, to file their answers, and for such other relief as this Court deems just and proper.

Dated: March 25, 2025                               Respectfully Submitted,


/s/ Andrew Leuchtmann
ANDREW LEUCHTMANN, Atty. No. 6326775
Special Assistant Corporation Counsel
*One of the Attorneys for Defendant City of Chicago*

James G. Sotos
Josh M. Engquist
David A. Brueggen
George J. Yamin
Andrew Leuchtmann
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd, Suite 1240A
Chicago, IL 60604
(630) 735-3300
aleuchtmann@jsotoslaw.com

**CERTIFICATE OF SERVICE**

I, certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that Tuesday, March 25, 2025, I electronically filed the foregoing **City Defendants' Unopposed Motion for Extension of Time to Answer** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list.

*Attorneys for Plaintiff:*
Antonio Maurizio Romanucci
Joshua Mitchell Levin
Patrick James Driscoll
Romanucci & Blandin, LLC
321 North Clark Street, Suite 900
Chicago, IL 60654
(312) 458-1000
aromanucci@rblaw.net
JLevin@rblaw.net
pdriscoll@rblaw.net

John Shannon Marrese
Paige L. Smith
Brian H. Eldridge
Hart, McLaughlin & Eldridge
1 S. Dearborn, Suite 1400
Chicago, IL 60606-6448
312-955-0545
JMarrese@hmelegal.com
psmith@hmelegal.com
beldridge@hmelegal.com

/s/ Andrew Leuchtmann
Andrew Leuchtmann