**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Brian Beals
                      Plaintiff,

v.                                                                      Case No.: 1:24−cv−12713
                                                                           Honorable Joan H. Lefkow

Judy Krizek, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2025:

       MINUTE entry before the Honorable Joan H. Lefkow: The parties shall have until June 5, 2025 to make Rule 26(a)(1) disclosures; non−Monell fact discovery to be completed by March 13, 2026. Amendments to the pleadings or joinder of additional parties may be sought upon appropriate motion by December 13, 2025. Amendments thereafter may only be made on motion for good cause shown. Monell fact discovery schedule and expert discovery schedule is deferred until after the completion of Non−Monell fact discovery. The status hearing set for 5/14/2025 is stricken and reset to 8/20/2025 at 9:30 a.m. in courtroom 2201. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.