# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

Brian Beals

      Plaintiff,

v.             Case No.: 1:24–cv–12713
              Honorable Joan H. Lefkow

Michael Duffin, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2026:

   MINUTE entry before the Honorable Joan H. Lefkow: Agreed motion for extension of time to complete discovery [51] is granted. Fact discovery shall complete by 9/14/2026. The status hearing set for 3/25/2026 is stricken and reset to 6/24/2026 at 9:30 a.m. in Courtroom 2201. The parties may file a joint status report by 6/22/2026. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.